Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>C & A CONSTRUCTION SERVICES, LLC, an Alabama corporation,<br><br>Defendant. | Case No. 2:12-cv-01582-GMN-CWH<br><br>**ORDER FOR DEFAULT JUDGMENT** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant C & A Construction Services, LLC ("C&A"). Default having been entered against C&A, the Court having reviewed the Plaintiffs' Motion and being fully advised, and good cause appearing:

///

///

///

///

///

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Defendant C&A, in the amount of $31,372, representing delinquent contributions, liquidated damages, interest and attorneys' fees and costs.

**DATED** this 26th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland_____
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135

Attorneys for Plaintiffs

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101